IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE E. KRIDER,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>                    Defendant. | 1:08cv01846 LJO BAK [DLB]<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(Document 12) |

On June 29, 2009, the parties filed a stipulation and proposed order to allow Defendant an extension of time to respond to Plaintiff's confidential letter brief up to and including June 29, 2009. Defendant explains that the extension is necessary because counsel miscalandered the response. The parties' request is GRANTED NUNC PRO TUNC.

IT IS SO ORDERED.

Dated:   **June 30, 2009**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

1