**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5713 N. West Avenue # 101
Fresno, California 93711
Telephone: (559) 432-9600

Attorney for Daniel Clark Jr.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE E. KRIDER., ) | 1:08cv01846 LJO BAK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| COMMISSIONER OR SOCIAL SECURITY ) | |
| Defendant. ) | |

Plaintiff is unable to file her opening brief by July 29, 2009 and, with the assent of Elizabeth Firer, the Special Assistant U.S. Attorney handling the case for the Commissioner, it is agreed plaintiff shall have until August 29, 2009 to file and serve an opening brief on defendant and the court. Defendant shall have until September 29, 2009 to file and serve a responsive brief.

Dated: July  24,  2009         /s/ Robert Ishikawa
                               _____
                               ROBERT ISHIKAWA
                               Attorney for Plaintiff, Carrie E. Krider.

Dated: July  24, 2009          /s/ Ann Lucille Maley
                               _____
                               Elizabeth Firer
                               Special Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:  **July 27, 2009**         **/s/ Dennis L. Beck**
                               UNITED STATES MAGISTRATE JUDGE

1