IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE E. KRIDER, ) | 1:08cv01846 LJO BAK [DLB] |
| ) | |
| ) | ORDER GRANTING EX PARTE |
| ) | LEAVE TO FILE LATE BRIEF |
| Plaintiff, ) | |
| ) | (Document 17) |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    On October 30, 2009, Defendant filed an ex parte application for leave to file a late opposition, which was originally due on or about September 30, 2009.  Defendant also filed her opposing brief.  Defendant's counsel states that she was unable to complete the brief by the due date due to factors beyond her control, including an increased workload.  Although Defendant acknowledges that she should have requested an extension of time prior to the expiration of the deadline pursuant to Local Rule 6-144(d), counsel did not do so.  However, because Plaintiff's counsel does not oppose this request, the Court will GRANT the application and allow the late filing.

    IT IS SO ORDERED.

    Dated:   **November 2, 2009**                     **/s/ Dennis L. Beck**
                                                                                 UNITED STATES MAGISTRATE JUDGE

1