# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE E. KRIDER,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | CASE NO: 1:08-cv-01846 LJO JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S APPEAL FROM ADMINISTRATIVE DECISION (Doc. 21)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANT AND AGAINST PLAINTIFF |

      Plaintiff Carrie E. Krider ("Plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision denying Plaintiff's claim for disability insurance benefits under Title II of the Social Security Act ('the Act"), 42 U.S.C. §401 et seq. (Doc. 2). After review of the administrative record and the parties' papers, the Magistrate Judge issued findings and recommendations on January 19, 2010 to DENY Plaintiff's request to reverse the ALJ's decision denying Plaintiff benefits. (Doc. 21). On February 3, 2010, Plaintiff filed timely objections to the findings and recommendations. (Doc. 22). The undersigned has considered the objections and has determined that there is no need to modify the findings and recommendations based on the points raised in the objections.

      Pursuant to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a <u>de novo</u> review of the case. Having carefully reviewed the entire file, the Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objections (Doc. 22) are OVERRULED;

2. The findings and recommendations filed January 19, 2010 (Doc. 21), are ADOPTED IN FULL;

3. The Plaintiff's Social Security complaint (Doc. 2) is DENIED; and

4. The Clerk of Court is DIRECTED to enter judgment in favor of Defendant Michael J. Astrue, Commissioner of Social Security, and against Plaintiff Carrie E. Krider.

IT IS SO ORDERED.

**Dated:  February 17, 2010**                  /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE